JOHN HUTCHINSON et al., Respondents, *v.* HANNAH CHAPMAN et al., JOSH R. FOLEY, Purchaser, Appellant.

(Submitted January 29, 1889; decided February 8, 1889.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made June 25, 1888, which

affirmed an order of Special Term directing the appellant to complete his purchase.

*Thomas Darlington* for appellant.

*Boudinot Keith* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.